UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FIRSTMERIT BANK, N.A.**, | |
| PLAINTIFF, | CASE NO. 15-CV-01573 |
| V. | HON. MILTON I. SHADUR |
| **EARL TEETS, JR.,** INDIVIDUALLY, AND AS TRUSTEE OF THE EARL G. TEETS, JR. TRUST, DTD OCT. 29, 1997, **SHARON TEETS,** INDIVIDUALLY, AND AS TRUSTEE OF THE SHARON A. TEETS TRUST, DTD OCT. 29, 1997, **KENNETH TEETS, GWENDOLYN WOLSCHLAGER, WARREN WOLSCHLAGER, TEETS, LLC, WOLSCHLAGER LLC,** AND **THE TEETS FAMILY PARTNERSHIP,** | |
| DEFENDANTS. | |

### FIRSTMERIT BANK, N.A.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 26.2

1. Contemporaneously with this Motion, FirstMerit Bank, N.A. (the "***Plaintiff***") filed its Motion for Preliminary Injunction and Temporary Restraining Order (the "***Injunction Motion***"). In support of the Injunction Motion, the Plaintiff has filed the Declaration of David P. Holtkamp (the "***Declaration***") with 46 Exhibits, including bank account statements of certain Defendants (Exhibits 1-7), tax returns of certain Defendants and other entities (Exhibits 8, 10-25, 27), personal emails (Exhibit 26) and other documents containing identification numbers such as social security numbers and account numbers and other financial information. Out of an abundance of caution, the Plaintiff requests leave to file the Exhibits to the Declaration under seal.[1]

---

[1] The Plaintiff has filed the Injunction Motion without a copy of the Exhibits attached pending the determination of this motion and pursuant to the District

2. While the Plaintiff certainly believes that most, if not all, of the Exhibits to the Declaration are admissible into evidence in this case and could possibly be publicly filed after substantially scrubbing for confidential and highly personal information, the Plaintiff seeks leave to file these documents under seal now to facilitate the determination and adjudication of the Injunction Motion with hast.

3. Additionally, while the defendants have perpetrated a substantial fraud on the Plaintiff (as described in the Amended Complaint and Injunction Motion and related filings), the Plaintiff still seeks to respect the privacy of those parties as much as possible.

WHEREFORE, the Plaintiff respectfully requests that this Court enter a seal order as defined in Local Rule 26.2 providing FirstMerit leave to file the Exhibits to the Declaration under seal.

Dated:  April 24, 2015                                        Respectfully submitted,

                                                              FirstMerit Bank, N.A.


                                                              /s/ David Paul Holtkamp
                                                              One of Its Attorneys

William J. Factor
Sara E. Lorber
David P. Holtkamp
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
*p.*    312-878-0977
*f.*    847-574-8233
*e.*    wfactor@wfactorlaw.com
        slorber@wfactorlaw.com
        dholtkamp@wfactorlaw.com

---

Court's Local Rules and this Court's Special Provisions regarding filing under documents under seal.  The Plaintiff however, has provided full copies of the Exhibits to all parties and the Court in its courtesy copies.

{00031230}